

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Curtis Lee Proctor,

\* From the 104th District
Court of Taylor County,
Trial Court No. 18664B.

Vs. No. 11-14-00267-CR

\* March 5, 2015

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.